UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 10-cr-70-01-JL

<u>Eric Nielson</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; as the continuance is lengthy, however, counsel should not assume that additional continuances will be forthcoming.  Final Pretrial is rescheduled to October 22, 2010 at 10:00 AM; Trial is continued to the two-week period beginning November 2, 2010, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                           /s/ Joe Laplante
                                           Joseph N. Laplante
                                           United States District Judge

Date:  July 15, 2010

cc:  Thomas McCue, Esq.
     Donald Feith, Esq.
     U.S. Marshal
     U.S. Probation